UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MORNINGSTAR FILMS, LLC,
GRANDMASTER JHONG UKH KIM,

                Plaintiffs,                          REPORT AND
                                                             RECOMMENDATION

   -against-                                         20 CV 2552 (ENV)(RML)

JULIUS R. NASSO, J.R. NASSO
PRODUCTIONS, LLC, DARC FILM,
LLC, PHILLIP GOLDFINE, INDUSTRY
RELEASING, INC., and HOLLYWOOD
MEDIA BRIDGE, LLC,

                Defendants.
-------------------------------------------------------X

LEVY, United States Magistrate Judge:

        Plaintiffs Morningstar Films, LLC and Grandmaster Jhong Ukh Kim commenced this copyright infringement action in June 2020. On August 15, 2021, the Honorable Eric N. Vitaliano, United States District Judge, granted the motion of defendants Phillip Goldfine, Industry Releasing, Inc. and Hollywood Media Bridge, LLC to dismiss for lack of personal jurisdiction pursuant to Federal Rule 12(b)(2). Judge Vitaliano also granted the motion of defendant J.R. Nasso Productions, LLC to dismiss for failure to state a claim under Federal Rule 12(b)(6). (See Memorandum and Order, dated Aug. 15, 2021, Dkt. No. 19.)

        On December 13, 2021, plaintiffs' counsel moved to withdraw, citing an inability to contact plaintiffs. I granted the motion and gave plaintiffs until February 8, 2022 to obtain new counsel. (See Minute Entry, dated Dec. 16, 2021.) I also directed plaintiffs to appear at the next conference on February 8, 2022, with or without new counsel, and I ordered outgoing counsel to serve a copy of my order on plaintiffs. (Id.)

Plaintiffs did not appear for the conference on February 8, 2022 or request an adjournment, despite having been notified of the date and time of the conference by outgoing counsel. I therefore scheduled another status conference for March 8, 2022 and warned plaintiffs that their failure to appear could result in sanctions, including dismissal of this case for failure to prosecute. (Order, dated Feb. 9, 2022.) My order was mailed to plaintiffs at their last known address.

When plaintiffs again failed to appear, I directed them to advise the court by April 29, 2022 whether they intend to prosecute this case. My order again advised that failure to respond would result in a recommendation that this case be dismissed for failure to prosecute. (See Order, dated Apr. 4, 2022.) That order was also mailed to plaintiffs' last known address, but was returned as undeliverable.

Plaintiffs have abandoned this case. I therefore respectfully recommend that it be dismissed for lack of prosecution.

Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with courtesy copies to Judge Vitaliano and to me within fourteen (14) days. Failure to file objections within the specified time waives the right to appeal the district court's order. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72, 6(a), 6(d).

Respectfully submitted,

/s/
ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
       May 24, 2022